455 A.2d 622

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Edward WHITE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1982.

Decided Jan. 28, 1983.

Paul F. Lantieri, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER OF COURT

PER CURIAM:

JUDGMENT OF SENTENCE AFFIRMED.